Hene Cooper, Plaintiff, v. Jossef Wisselthier and Others, Defendants. Gustav Lange, a Party Interested, and Leon A. Carley, as Receiver, Appellants; Samuel Stark, as Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements, without prejudice to renewal when accounts of receiver, respondent, shall have been adjusted. No opinion.

Sarah Walker, Appellant, v. Knights of Columbus, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Elizur V. Foote, as Executor, etc., of Edward S. Stokes, Deceased, Appellant, v. William C. Reid and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Scott, J., dissenting.)

Charles N. McLean, Respondent, v. John E. McMurtry, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Butterick Publishing Company, Appellant, v. Simon Lindau, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Philip Spiro, as Trustee in Bankruptcy of Rossman & Bracken Company, Bankrupt, Appellant, v. The City of New York and The Board of Education of The City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The City of New York, Respondent, v. New York Mail and Newspaper Transportation Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John Hooper, Respondent, v. Linda S. Stachelberg, Otherwise Known as Linda S. Rau, and Others, Impleaded with Albert I. Sire, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date of the examination to be fixed on the settlement of the order. No opinion. Settle order on notice.

The People of the State of New York v. Albert W. Baily.— Motion to dismiss appeal granted.

The People of the State of New York v. Leon Bamberger and Others, Impleaded, etc.— Motion to dismiss appeal granted.

The People of the State of New York v. Carlo de Fornaro.— Motion to dismiss appeal granted unless appellant comply with conditions stated in order.

The People of the State of New York v. Mollie Tatham.— Motion to dismiss appeal granted unless appellant comply with conditions stated in order.

Lorenz Reich v. Eva S. Cochran and Others.— Motion to dismiss appeal denied.

Isaac Friedman and Others v. Albert A. Levi, etc.— Motion to dismiss appeal granted, with ten dollars costs.

Oscar Stewart v. Fortunato D'Onofrio. John M. Stewart, an Infant, etc., v. Fortunato D'Onofrio.— Motions to dismiss appeals granted unless appellant comply with conditions stated in orders.